**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE JOHN L. KANE**

Courtroom Deputy: Bernique Abiakam  
Court Reporter: Mary George  
Probation Officer: Nicole Peterson  
Interpreter: Susana Cahill

Date:  October 27, 2014

Criminal Action No.: 14-cr-00076-JLK-4

*Parties:*

UNITED STATES OF AMERICA,

    Plaintiff,

v.

4.    CRISTIAN RAZO SICAIROS,

    Defendant.

*Counsel:*

Barbara S. Skalla

Peter D. Menges

**SENTENCING MINUTES**

**2:02 p.m.**    **Court in session.**

Court calls case.  Appearances of counsel.  Defendant present in custody.

**Change of Plea Hearing: July 24, 2014.**

**Defendant plead guilty to Count One of the Indictment.**

Parties received and reviewed the presentence report.

The Government, defense counsel, and defendant were given an opportunity to make statements before sentencing.

Statement by Mr. Menges (Defense counsel).

Statement by Ms. Skalla (Government).

Statement by the Defendant.

*14-cr-00076-JLK-4*
*Sentencing*
*October 27, 2014*

Comments and rulings by the Court.

**ORDERED:   Mr. Cristian Sicairos' Motion For A Variant Non-Guideline Sentence (Filed 10/7/14; Doc. No. 152) is DENIED.**

**ORDERED:   Government's Motion Regarding U.S.S.G. Section 3E1.1(b) [Filed 10/16/14; Doc. No. 159] is GRANTED.**

**THE DEFENDANT IS SENTENCED AS FOLLOWS:**

**IMPRISONMENT:**
Defendant is sentenced as to **Count One** to a term of imprisonment of **188 months**.

**SUPERVISED RELEASE:**
Upon release from imprisonment, defendant shall be placed on supervised release for a period of **5 years**.

**Conditions of supervised release:**
- (X)   Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (X)   Defendant shall not commit another federal, state or local crime.
- (X)   Defendant shall not possess a firearm or destructive device.
- (X)   Defendant shall comply with the standard conditions adopted by the Court.
- (X)   Defendant shall not illegally possess controlled substances.
- (X)   Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- (X)   Defendant shall cooperate in the collection of DNA as directed by the probation officer.
- (X)   Mandatory drug testing provisions of 18 U.S.C. § 3583(d) are waived because it is likely defendant will be deported.

**Special conditions of supervised release:**

- (X)   Defendant, if deported, shall not return to the United States illegally.  If the defendant re-enters the United States legally, defendant shall report to the nearest United States Probation Office within 72 hours of his return.

**ORDERED:   Pursuant to Rule 32.2 Federal Rules of Criminal Procedure, the**

*14-cr-00076-JLK-4*
*Sentencing*
*October 27, 2014*

>**Defendant shall forfeit his interest in the following property to the United States: $323,000.**

**ORDERED:** **The Government's Oral Motion To Dismiss Count 4 of the Indictment is GRANTED.**

**FINE:**
No fine is imposed because the defendant has no ability to pay a fine.

**SPECIAL ASSESSMENT FEE:**
Defendant shall pay a Special Assessment Fee of $ 100.00, due immediately.

Defendant is advised of the right to appeal.

**ORDERED:** Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**2:23 p.m.    Court in recess.**
Hearing concluded.
Total in-court time: 21 minutes.