# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# SENIOR JUDGE JOHN L. KANE

Courtroom Deputy: Bernique Abiakam　　　　　　　Date:  October 22, 2015
Court Reporter: Mary George
Probation Officer: Nicole D. Peterson
Interpreter: Cathy Bahr

Criminal Action No.: 14-cr-00076-JLK-4

*Parties:*　　　　　　　　　　　　　　　　　　　　*Counsel:*

UNITED STATES OF AMERICA,　　　　　　　　Barbara S. Skalla

　　　Plaintiff,

v.

4.　　　CRISTIAN RAZO SICAIROS,　　　　　Lisabeth Perez Castle

　　　Defendant.

---

## SENTENCING MINUTES
(Re-sentencing)

**1:35 p. m.　　　Court in session.**

Court calls case.  Appearances of counsel.  Defendant present in custody.

Preliminary remarks by the Court.

**Original Sentencing:　　　October 27, 2014.**

**Change of Plea:　　　July 24, 2014.**

**Defendant plead guilty to Count One of the Indictment.**

Parties received and reviewed the presentence report.

The Government, defense counsel, and defendant were given an opportunity to make statements before re-sentencing.

Comments and rulings by the Court.

*14-cr-00076-JLK-4*
*Re-Sentencing*
*October 22, 2015*

**ORDERED:   Motion For Variant Sentence (Filed 8/20/15; Doc. No. 355) is DENIED.**

**THE DEFENDANT IS SENTENCED AS FOLLOWS:**

**IMPRISONMENT:**
Defendant is sentenced as to Count One to a term of imprisonment of **151 months**.

**SUPERVISED RELEASE:**
Upon release from imprisonment, defendant shall be placed on supervised release for a period of **5 years**.

**Conditions of supervised release:**
- (X) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (X) Defendant shall not commit another federal, state or local crime.
- (X) Defendant shall not possess a firearm or destructive device.
- (X) Defendant shall comply with the standard conditions adopted by the Court.
- (X) Defendant shall not illegally possess controlled substances.
- (X) Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- (X) Defendant shall cooperate in the collection of DNA as directed by the probation officer.
- (X) Mandatory drug testing provisions of 18 U.S.C. § 3583(d) are waived because it is likely defendant will be deported.

**Special conditions of supervised release:**

- (X) Defendant, if deported, shall not return to the United States illegally. If the defendant re-enters the United States legally, defendant shall report to the nearest United States Probation Office within 72 hours of his return.

**The Court states that the Defendant has already forfeited his interest in the following property to the United States: $323,000.**

**FINE:**

No fine is imposed because the defendant has no ability to pay a fine.

*14-cr-00076-JLK-4*
*Re-Sentencing*
*October 22, 2015*

**SPECIAL ASSESSMENT FEE:**
Defendant shall pay a Special Assessment Fee of $ 100.00, due immediately.

Defendant is advised of the right to appeal.

**ORDERED:**   Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**1:54 p.m.     Court in recess.**
Hearing concluded.
Total in-court time: 19 minutes**.**